UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHANNE ALARCON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No. 2:18-cv-00395-JTM-JEM<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that Plaintiff Johanne Alarcon ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. The parties anticipate that a Joint Stipulation of Dismissal With Prejudice will be filed within thirty (30) days as the parties finalize a settlement agreement. Pending filing of the Joint Stipulation, the parties respectfully request this honorable Court to vacate all deadlines.

                RESPECTFULLY SUBMITTED,

Dated: August 29, 2019        */s/ James A. Sellers, II*
                                            James A. Sellers
                                            Attorney for Plaintiff JOHANNE ALARCON
                                            4740 Green River Road, Suite: 310
                                            Corona, CA 92880
                                            Tel: (657) 363-4699
                                            Fax. (657) 272-8944
                                            Email: jamess@jlohman.com

# **CERTIFICATE OF SERVICE**

I certify that on August 29 2019, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

**Jeffrey D Pilgrim**
Pilgrim Christakis LLP
321 N Clark St 26th Fl
Chicago, IL 60654
312-939-0923
Fax: 312-939-0983
Email: jpilgrim@pilgrimchristakis.com
*ATTORNEY TO BE NOTICED*

    /s/ *James A. Sellers, II*
James A. Sellers
Attorney for Plaintiff JOHANNE ALARCON
4740 Green River Road, Suite: 310
Corona, CA 92880
Tel: (657) 363-4699
Fax. (657) 272-8944
Email: jamess@jlohman.com