**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHANNE ALARCON,<br><br>    Plaintiff,<br><br>  v.<br><br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No.: 2:18-cv-00395-JTM-JEM<br><br>*ELECTRONICALLY FILED* |

Plaintiff Johanne Alarcon ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

*/s/ Jeffrey D. Pilgrim (with permission)*
Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 969-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*/s/ James A. Sellers, II*
James A. Sellers II
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-4699
Fax. (657) 272-8944
E: jamess@jlohman.com
*COUNSEL FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHANNE ALARCON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No.: 2:18-cv-00395-JTM-JEM<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Johanne Alarcon ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

_____
John E. Martin
United States Magistrate Judge

- 1 -

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2019 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 969-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

By: */s/ James A. Sellers, II*
James Sellers, II
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
Tel. (657) 363-4699
Fax.  (657) 272-8944
E: jamess@jlohman.com
*COUNSEL FOR PLAINTIFF*